**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KENNETH STEVEN JONES,

Plaintiff,

v. Case No. 8:26-cv-2035-JLB-NHA

PASCO COUNTY JAIL/LAND O'LAKES DETENTION CENTER, *et al*.,

Defendants.
_______________________________________/

# ORDER

Before the Court are Mr. Jones's Complaint (Doc. 1) and motion to proceed *in forma pauperis*. (Doc. 2). After conducting initial screening pursuant to 28 U.S.C. § 1915, Mr. Jones's Complaint must be dismissed for failure to state a claim under section 1915(e)(2)(B)(ii) because it alleges no facts regarding Defendants or how they violated his constitutional rights. *See Douglas v. Yates*, 535 F.3d 1316, 1322 (11th Cir. 2008) (affirming dismissal for failure to state a claim when "complaint fail[ed] to allege facts that associate[d]" defendants with constitutional violation). Moreover, the Pasco County Jail/Land O'Lakes Detention Center is not a legal entity subject to suit under section 1983. *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992) (county jails are not legal entities subject to suit).

Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED**. The dismissal is without prejudice to Mr. Jones bringing a new action, in a new case with a new case number, against viable defendants and alleging facts sufficient to establish a causal connection between each defendant and the alleged constitutional violation.

2. The motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** as moot.

3. The Clerk is **DIRECTED** to close this case.

**DONE and ORDERED in Tampa, Florida, on July 21, 2026**.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE